No. 99–1613. SHAW ET AL. v. MURPHY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis*

1304

granted. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, November 13, 2000. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, December 13, 2000. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 29, 2000. This Court's Rule 29.2 does not apply.